3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| vs. | § | C.A. No.: B-01-047 |
| SANDRA MORALES, | § § § § | (Claim No.: C100-07152) |

United States District Court
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby
Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Sandra Morales
634 Florence Lane
Brownsville, TX 78520

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
Attorney for the United States of America

OF COUNSEL:
Alonso, Cersonsky & García, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the certified mail, return receipt requested, on April 7, 2001, to:

Sandra Morales
634 Florence Lane
Brownsville, TX 78520

_____
M. H. Cersonsky