AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

B-01-47

Service of the Summons and Complaint was made by me

DATE 4-16-01

NAME OF SERVER (PRINT) Guadalupe Isaguirre Jr.

TITLE Deputy Constable

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 41 Coconut Ct. #C8 Brownsville TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 16, 2001
Date

Signature of Server

**ABEL PEREZ JR.**
**Constable Pct. 2**
**Cameron County**

974 E. Harrison Brownsville TX 78520
Address of Server

### OFFICER'S RETURN

CAME TO HAND ON THE 12 , DAY OF April
2:00 AT 9:00 A M, AND EXECUTED ON THE 16
DAY OF April AT 2:00 P M.
BY: _____
#5924

United States District Court
Southern District of Texas
RECEIVED
APR 23 2001
Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.