5

```
United States District Court
Southern District of Texas
         FILED

    JUN 2 5 2001

   Michael N. Milby
    Clerk of Court
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-00047 |
| | § | (Claim No. C100-07152) |
| SANDRA MORALES, | § | |
| | § | |
| Defendant. | § | |

## Request for Entry of Default

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Sandra Morales, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on March 22, 2001. Defendant was personally served with a copy of the Citation and Summons on April 16, 2001 by Deputy Constable Guadalupe Isaguirre, Jr., which executed summons was filed with the Court on or about April 23, 2001.

2. As of June 20, 2001 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested on June 20, 2001, to:

Sandra Morales
4 Coconut Ct. #C8
Brownsville, TX 78521

_____
M.H. Cersonsky