9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-01-047 |
| SANDRA MORALES | § | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action.  After a de novo review of the file,

A.    The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B.    Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.    Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1.    Principal Balance as of November 27, 2000        $ 1,010.02

2.    Current Interest                                 $   389.09

3.    Administrative Fees, Costs, Penalties            $    50.00

4.    Attorney's Fees                                  $   250.00

5.    Pre-Judgment Interest Rate Per Annum                 8.00%

6.    Daily Accrual                                    $     0.22

7.    TOTAL Balance Due (Including Attorney's Fees $ 1,699.11

8.    Post Judgment Interest equals  _3.44_  % per annum

DONE in Brownsville, Texas, this ___5___ of ___September___ 2001.

_____
Hilda G. Tagle
United States Magistrate Judge

4

ClibPDF - www.fastio.com